UNITED STATES DISTRICT COURT
EASTERN DISTRICT - SOUTHERN DIVISION

**STANLEY CHRISTMAS,**

    Plaintiff,

vs.

**CITY OF DETROIT, DETROIT CITY COUNCIL, STATE OF MICHIGAN,**

    Defendants.

Case No. 08-13380-PJD-RSW
Hon. Patrick J. Duggan
Magistrate Judge R. Steven Whalen

| **STANLEY CHRISTMAS** | **EDWARD V. KEELEAN (P-29131)** |
|---|---|
| In Pro Per | Attorney for Defendants City of Detroit |
| 19971 Irvington | and Detroit City Council |
| Detroit, MI., 48203 | 660 Woodward Avenue, Suite 1650 |
| (586) 563-5532 | Detroit, MI., 48226 |
|  | (313) 237-5082 |

### Order of Dismissal

In accordance with the stipulation of the parties previously filed Plaintiff Stanley Christmas hereby voluntarily dismisses all claims including those against the Defendant City Council and City of Detroit with prejudice.

So Ordered,

    S/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: August 22, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 22, 2008, by electronic and/or ordinary mail.

    S/Marilyn Orem
    Case Manager

K:\DOCS\LIT\keele\a52000\order\EK2132.WPD